```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
BENZION LAMM,                                                  :
                                                               :
                          Plaintiff,                           :
                                                               :        20-cv-1016 (LJL)
          -v-                                                  :
                                                               :             ORDER
EQUIFAX INFORMATION SERVICES, LLC,                             :
AMERICAN EXPRESS COMPANY, and U.S. BANK                        :
NATIONAL ASSOCIATION,                                          :
                                                               :
                          Defendants.                          :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020

LEWIS J. LIMAN, United States District Judge:

The Court has received a proposed notice of voluntary dismissal as to Defendant Equifax Information Services, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 22. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Equifax Information Services, LLC with prejudice and with each party to bear their own costs and fees, absent objection by any party by May 29, 2020.

SO ORDERED.

Dated: May 27, 2020
       New York, New York                            _____
                                                            LEWIS J. LIMAN
                                                         United States District Judge