```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BENZION LAMM, :
:
Plaintiff, :
: 20-cv-1016 (LJL)
-v- :
: ORDER
:
EQUIFAX INFORMATION SERVICES, LLC, :
AMERICAN EXPRESS COMPANY, and U.S. BANK :
NATIONAL ASSOCIATION, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On April 24, 2020, the Court entered the Case Management Plan and Scheduling Order, which directed the parties to inform the Court as to the status of settlement discussions and whether they request referral to the Magistrate Judge within thirty (30) days of the Order, by May 26, 2020.  *See* Dkt. No. 19.  The parties have not yet done so.

Plaintiff and Defendant U.S. Bank National Association shall submit a letter consistent with the Court's Order by May 29, 2020.

SO ORDERED.

Dated: May 27, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge