```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BENZION LAMM, :
:
Plaintiff, :
: 20-cv-1016 (LJL)
-v- :
: ORDER
EQUIFAX INFORMATION SERVICES, LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This action was initiated by Complaint on February 5, 2020. Defendant American Express Company ("American Express") is now the sole defendant in this action after the Court so-ordered a stipulation of dismissal between Plaintiff and Equifax Information Services, LLC, and between Plaintiff and U.S. Bank National Association. Dkt. Nos. 24, 28. On May 18, 2020, the Court so-ordered a joint stipulation between Plaintiff and American Express to arbitrate Plaintiff's claims and stay the action with respect to American Express only. Dkt. No. 23.

It is hereby ORDERED that Plaintiff and American Express shall file a joint letter on the status of the arbitration by January 15, 2021.

SO ORDERED.

Dated: December 4, 2020                    _____
       New York, New York                        LEWIS J. LIMAN
                                                United States District Judge