```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BENZION LAMM,                                                     :
:
                     Plaintiff,                              :
:       20-cv-1016 (LJL)
   -v-                                                          :
:              ORDER
:
EQUIFAX INFORMATION SERVICES, LLC,                                :
AMERICAN EXPRESS CO., and U.S. BANK                               :
NATIONAL ASSOCIATION,                                             :
:
                     Defendants.                             :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On December 4, 2020, the Court ordered Plaintiff and American Express, which is now the sole defendant in this action, to file a joint letter on the status of their arbitration by January 15, 2021. Dkt. No. 29. The parties have not filed such letter.

       It is hereby ORDERED that Plaintiff and American Express shall file the joint letter by January 22, 2021.

       SO ORDERED.

Dated: January 19, 2021                    _____
       New York, New York                                LEWIS J. LIMAN
                                                     United States District Judge